Naomi Sarega, Esq., SBN 20-110
**HIGBEE & ASSOCIATES**
3110 W Cheyenne Ave, #200
North Las Vegas, NV 89032
(714) 617-8373
(714) 597-6729 facsimile
Email: ns@higbee.law

Attorney for Plaintiff,
GREAT BOWERY INC.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

| | |
|---|---|
| GREAT BOWERY INC., d/b/a TRUNK ARCHIVE, <br><br> Plaintiff, <br><br> v. <br><br> LEA HENDERSON AESTHETICS d/b/a BEAUTY AND BAR BELLS and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No. **1:25-cv-147** <br><br> **COMPLAINT FOR COPYRIGHT INFRINGEMENT** |

### JURISDICTION AND VENUE

1.      This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101 *et seq*.

2.      This Court has subject matter jurisdiction over Plaintiff's claims for copyright infringement pursuant to 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1338(a) (copyrights).

3.      This court has personal jurisdiction over Defendants because Defendant's acts of infringement complained of herein occurred in the state of New Mexico, Defendants' acts of infringement were directed towards the state of New Mexico, Defendants caused injury to Plaintiff within the state of New Mexico, and Defendants have a physical presence in the state of New Mexico.

4.      Venue in this judicial district is proper under 28 U.S.C. § 1391(b)-(d)

1

and 1400(a) in that this is the judicial district in which substantial part of the acts and omissions giving rise to the claim occurred, Defendant resides in or can be found in this district, Defendant conducts regular and substantial business in this district and/or is a corporate defendant whose contacts with this district are sufficient to subject it to the personal jurisdiction of this Court.

## PARTIES

5.    Plaintiff Great Bowery Inc. d/b/a Trunk Archive is a Delaware corporation duly organized by law, with a principal place of business in New York.

6.    Defendant Lea Henderson Aesthetics d/b/a Beauty and Bar Bells ("LHA") is a New Mexico limited liability company with a business address of 6801 Jefferson Street, Suite #410, Albuquerque, NM 87109.

7.    Plaintiff is unaware of the true names and capacities of the Defendants sued herein as DOES 1 through 10, inclusive, and for that reason, sues such Defendants under such fictitious names. Plaintiff is informed and believes and on that basis alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by the conduct of said Defendants. Plaintiff will seek to amend the complaint when the names and capacities of such fictitiously named Defendants are ascertained. As alleged herein, "Defendant" shall mean all named Defendants and all fictitiously named Defendants.

## FACTUAL ALLEGATIONS

8.    Trunk Archive is a full-service photography licensing agency representing some of the most prominent photographers and iconic images in the world.

9.    Trunk Archive's catalogue features imagery from hundreds of prominent artists and designers that are available for license.

10.    Some of Trunk Archive's most prominent photographers are collaborators Inez van Lamsweerde and Vinoodh Matadin, who are professional known and credited as Inez and Vinoodh ("Inez and Vinoodh").

11.    Inez and Vinoodh are highly acclaimed professional photographers, specializing in beauty and fashion photography. Inez and Vinoodh are most well-known for their high fashion photography, featuring world famous artists, musicians, and actors.

12.    Inez and Vinoodh's portfolio includes international clients and their work has been featured in top publications such as *Vogue, Harper's Bazaar, Vanity Fair, V Magazine, Porter, W Magazine*, and many more. Additionally, they have shot work for high-end fashion brands such as Dior, Balenciaga, Chanel, Louis Vuitton, Moschino, Saint Laurent, and countless others. They have also photographed portraits of President Barack Obama and various actors, including Jennifer Lawrence, Michael Douglas, Natalie Portman, Daniel Day Lewis, and Tom Cruise.

13.    Inez and Vinoodh are the co-authors of an original portrait of musician Rihanna. ("Rihanna Photograph").

14.    Attached hereto as Exhibit A is a true and correct copy of the Rihanna Photograph.

15.    Inez and Vinoodh registered the Rihanna Photograph with the United States Copyright Office under registration VA 2-265-981, with an effective registration date of August 10, 2021.

16.    Attached hereto as Exhibit B is a true and correct copy of registration VA 2-265-981.

17.    Inez and Vinoodh subsequently granted Trunk Archive the exclusive right to license the Rihanna Photograph, which includes the exclusive right to distribute, display, and reproduce the Rihanna Photograph.

18.    Defendant LHA is an aesthetic nurse practitioner specializing in injectables, non-surgical Brazilian butt lifts and facial balancing. *See generally* https://www.leahenderson.com/about.

19.    According to its Website, https://www.leahenderson.com ("Defendant's Website"), Defendant provides services like Radiesse BBL; Sculptra BBL; Fillers; Kybella; and Body Sculpting. *Id.*

20.    Upon information and belief, Defendant LHA is and was at all the manager, operator, and owner of the @_beautyandbarbells_ Instagram page ("Defendant's Instagram").

21.    Defendant's Instagram has approximately 128,000 followers.

22.    When visiting Defendant's Instagram, Defendant's biography section states:

> Enhancing your natural beauty for a confident, empowered you 🤱
> NM's Exclusive Bella Vida Instant BBL ™Provider 🍑
> Abq,NM
> *Elevate your confidence* 💠
> **linktr.ee/leahenderson**

23.    When a user clicks on the link provided in Defendant's Instagram biography section, the link takes the user to a menu in which they can book an appointment directly, visit Defendant's Website, or set up a payment plan.

24.    On information and belief, Defendant's Instagram generates content that promotes its products, services, and to attract user traffic to Defendant's business page and generate business for the company.

25.    Specifically, LHA regularly uploads celebrity photographs and videos in order to promote LHA services and products on Defendant's Instagram.

26.    At all relevant times, Defendant's Instagram was readily accessible to the general public throughout New Mexico, the United States, and the world.

27.    On or about February 13, 2022, Trunk Archive discovered the Rihanna Photograph published and displayed to Defendant's Instagram (the "Infringing Post").

4

28.    A true and correct copy of the Infringing Post as published to Defendant's Instagram is attached hereto as Exhibit C.

29.    A representative for Trunk Archive reached out to the Defendant to try to resolve this matter directly with them but Trunk Archive did not receive a response.

30.    Trunk Archive has never at any point given LHA a license or other permission to display, distribute or otherwise use the Rihanna Photograph in the Infringing Post on Defendant's Instagram or on any other website or platform.

31.    Trunk Archive is informed and believes that the purpose of the use of the Rihanna Photograph on Defendant's Instagram was to promote and encourage sales of Defendant's services by providing a high-quality, professionally-produced celebrity photograph to assist the viewer in visualizing the results that could be achieved through use of Defendant's services as well as to use "celebrity" endorsements to further promote Defendant's services.

32.    Specifically, when scrolling through Defendant's Instagram, Defendant's Instagram page is mostly filled with imagery of celebrities with captions regarding the types of aesthetics procedures that could achieve those results, including direct promotion for Defendant's services.

33.    Trunk Archive is informed and believes Defendant (including its employees, agents, contractors or others over whom it has responsibility and control) used, displayed, published, and otherwise held out to the public the original and unique Rihanna Photograph for commercial benefit in order to acquire a direct financial benefit, through revenue from the sales of Defendant's services from use of the Rihanna Photograph.

34.    LHA (including its employees, agents, contractors, or others over whom it has responsibility and control) copied and uploaded the Rihanna Photograph to Defendant's Instagram without Trunk Archive's consent.

35.    On information and belief, Defendant's use of the Rihanna Photograph in the Infringing Post was deliberate and willful because it knew or should have known that it did not purchase a license to use the Rihanna Photograph.

**CAUSE OF ACTION**
**COPYRIGHT INFRINGEMENT**
**U.S.C. § 101 *et seq.***

36.    Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

37.    Trunk Archive is the exclusive rights holder to the Rihanna Photograph.

38.    Inez and Vinoodh registered the Rihanna Photograph with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

39.    Inez and Vinoodh subsequently granted Trunk Archive the exclusive right to license the Rihanna Photograph, which includes the exclusive right to distribute, display, and reproduce the Rihanna Photograph

40.    Plaintiff did not consent to, authorize, permit, or allow in any manner the said use of Plaintiff's unique and original Rihanna Photograph by Defendant.

41.    Plaintiff is informed and believes and thereon alleges that said Defendant willfully infringed upon Plaintiff's copyrighted Photograph in violation of Title 17 of the U.S. Code §501, in that it used, published, communicated, posted publicized, and otherwise held out to the public for commercial benefit, the original and unique Rihanna Photograph without Plaintiff's consent or authority by using it in the Infringing Post on Defendant's Instagram and that Defendant knew or should have known that they did not have Plaintiff's consent for use in the Infringing Post.

42.    Specifically, Defendants made an unauthorized copy and then publicly displayed the Beauty Photograph with the Infringing Post on Defendant's Instagram.

43.    As a result of Defendants' violations of Title 17 of the U.S. Code, Trunk Archive has sustained significant injury and irreparable harm.

44.    As a result of Defendant's violations of Title 17 of the U.S. Code, Plaintiff is entitled to any actual damages pursuant to 17 U.S.C. §504(b), or statutory damages pursuant to 17 U.S.C. § 504(c).

45.    As a result of the Defendants' violations of Title 17 of the U.S. Code, the court, in its discretion, may allow the recovery of full costs from Defendants as well as reasonable attorney's fees pursuant to 17 U.S.C § 505.

46.    Plaintiff is also entitled to injunctive relief to prevent or restrain infringement of her copyright pursuant to 17 U.S.C. § 502.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays for judgment against Defendant as follows:

• For a finding that Defendants infringed Trunk's copyright interest in the Rihanna Photograph by copying, displaying, and distributing it without a license or consent;

• For an award of actual damages and disgorgement of all of Defendants' profits attributable to the infringement as provided by 17 U.S.C. § 504 in an amount to be proven or, in the alternative, at Plaintiff's election, an award for statutory damages against Defendants pursuant to 17 U.S.C. § 504(c), whichever is larger;

• For costs of litigation and reasonable attorney's fees against each Defendant pursuant to 17 U.S.C. § 505;

• For an injunction preventing each Defendant from further infringement of all copyrighted works of the Plaintiff pursuant to 17 U.S.C. § 502;

• For pre-judgment interest as permitted by law; and

• For any other relief the Court deems just and proper.

Dated:        February 12, 2025                Respectfully submitted,

**/s/ Naomi Sarega**
Naomi Sarega, Esq.,
SBN 20-110
**HIGBEE & ASSOCIATES**
3110 W Cheyenne Ave, #200
North Las Vegas, NV 89032

(714) 617-8373
(714) 597-6729 facsimile
*Attorney for Plaintiff*

1

2

### **DEMAND FOR JURY TRIAL**

Plaintiff, Trunk Archive hereby demands a trial by jury in the above matter.

3

4

Dated:        February 12, 2025        Respectfully submitted,

5

6

**/s/ Naomi Sarega**
Naomi Sarega, Esq.,
SBN 20-110
**HIGBEE & ASSOCIATES**
3110 W Cheyenne Ave, #200
North Las Vegas, NV 89032
(714) 617-8373
(714) 597-6729 facsimile
*Attorney for Plaintiff*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28